IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WALTER MEETZE,

    Plaintiff,

v.   No. 2:23-CV-01104-MLG-LF

MARTIN O'MALLEY,
Commissioner of Social Security, [1]

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's Order entered concurrently herewith, the Court issues its separate judgment finally disposing of this civil case. The Court hereby enters judgment in favor of Plaintiff Walter Meetze and remands this matter to the Commissioner for further proceedings.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).